**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7338**

ALFRED WILLIAM LASURE,

                   Plaintiff - Appellant,

          v.

SC MENTAL HEALTH; CYNTHIA HELFF, Program Director,
Individually and in her Official Capacity; JOHN MCGILL, State
Director, In his Official and Individual Capacity,

                   Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  R. Bryan Harwell, District Judge.
(9:15-cv-01357-RBH)

Submitted:  January 31, 2017        Decided:  February 3, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alfred LaSure, Appellant Pro Se.  Charles Albert Kinney, Jr.,
Daniel Roy Settana, Jr., MCKAY LAW FIRM, PA, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred William LaSure appeals the district court's order accepting the recommendation of the magistrate judge, as modified, and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. LaSure v. SC Mental Health, No. 9:15-cv-01357-RBH (D.S.C. Sept. 20, 2016). In light of this disposition, we deny as moot the Appellees' motion to strike LaSure's second informal opening brief and amended informal opening brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED